## BOARD of COM'RS of CARTER COUNTY v. SCHOOL DIST. NO. 36 of CARTER COUNTY.

No. 18275. Opinion Filed Dec. 11, 1928.
Rehearing Denied March 12, 1929.

RILEY, J. This cause is reversed upon authority of cause No. 18274 (Board of Com'rs of Carter County v. School Dist. No. 71 of Carter County). 135 Okla. 248, 275 Pac. 302, this day decided.

## BOARD of COM'RS of CARTER COUNTY v. SCHOOL DIST. NO. 34 of CARTER COUNTY.

No. 18276. Opinion Filed Dec. 11, 1928.
Rehearing Denied March 12, 1929.

RILEY, J. This cause is reversed upon authority of cause No. 18274 (Board of Com'rs of Carter County v. School Dist. No. 71, of Carter County), 135 Okla. 248, 275 Pac. 302, this day decided.

## BOARD of COM'RS of CARTER COUNTY v. SCHOOL DIST. NO. 30 of CARTER COUNTY.

No. 18277. Opinion Filed Dec. 11, 1928.
Rehearing Denied March 12, 1929.

RILEY, J. This cause is reversed upon authority of cause No. 18274 (Board of Com'rs of Carter County v. School Dist. No. 71 of Carter County), 135 Okla. 248, 275 Pac. 302, this day decided.